John M. Griggs, Appellant, v. Mark Norman, Appellee.

**Appeal:** CERTIFICATE OF TRIAL JUDGE.   When a cause involves less than $100 it can not be appealed to the Supreme Court unless the trial judge certifies it is one in which an appeal should be allowed.

*Appeal from Audubon District Court.*—Hon. O. D. Wheeler, Judge.

Tuesday, April 9, 1912.

Action on account brought in the justice court.   Judgment was entered for plaintiff.   Defendant appealed to the district court.   After two trials in the district court, each of which resulted adversely to him, the plaintiff moved to dismiss the appeal.   His motion was overruled by the district court, and from such order he appeals to this court. —*Dismissed.*

*John M. Griggs, pro se.,* appellant.

No appearance for appellee.

Evans, J.—The appellant as plaintiff asked and obtained judgment in the justice court for $100.   He could not ask more without destroying the jurisdiction of the justice court.

The moderation of his demand which kept him within the jurisdiction of the justice court bars him from the appellate jurisdiction of this court in the absence of a certificate from the district court.   No appeal lies to this court where the amount in controversy, "as shown by the

pleadings, does not exceed $100, unless the trial court shall . . . certify that the cause is one in which the appeal should be allowed." Code, section 4110.

The amount in controversy here does not exceed $100 "as shown by the pleadings;" nor has the trial judge certified that the cause is one in which the appeal should be allowed. It follows that the appeal must be dismissed, and it is so ordered.—*Dismissed.*